UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                       Case No. 22-CR-45

YUE LIU, a/k/a "TROY LIU,"

    Defendant.

## RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING (DKT. 64)

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney, and John P. Scully, Assistant U.S. Attorney, responds to the defendant's Motion to Continue Sentencing and Request for a Virtual Status Conference (Dkt. 64).

On March 9, 2022, defendant Yue Liu pled guilty to an information before the magistrate judge, and on April 5, 2022, this Court accepted the guilty plea. This Court has since scheduled hearings on August 4, 2022, December 22, 2022, January 9, 2025, and February 13, 2025.

The sentencing in this case, scheduled for tomorrow, June 12, 2025, comes nearly three and a half years after the defendant's guilty plea. The government has previously opposed the defendant's request to move tomorrow's sentencing date, is interested in bringing this case to an end, and has no information to substantiate the defendant's representations regarding his health. It would be helpful, for instance, to have access to medical records substantiating his representations. Without such information, the government must again oppose a continuance.

The defendant also requests that the Court set a virtual status conference on June 20, 2025, but provides no basis for doing so. After three and a half years, there is no reason to set a status

1

instead of simply rescheduling the sentencing date. If the Court is inclined to grant the motion to continue, the government requests that the Court reschedule tomorrow's sentencing for June 20.

For the foregoing reasons, the government opposes the defendant's Motion to Continue Sentencing and Request for a Virtual Status Conference (Dkt. 64).

Dated at Milwaukee, Wisconsin, this 11th day of June, 2025.

Respectfully submitted,

RICHARD G. FROHLING
Acting United States Attorney

By: *John P. Scully*
JOHN P. SCULLY
Assistant U.S. Attorney
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1700
john.scully2@usdoj.gov