# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.  CASE NO. 22-CR-45-JPS

YUE LIU

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: June 12, 2025 | TIME SCHEDULED: 8:30 a.m. |
| COURT DEPUTY/CLERK: Caitlin Willenbrink | TIME CALLED: 8:44 a.m. |
| COURT REPORTER: Jennifer Stake | TIME FINISHED: 8:51 a.m. |

GOVERNMENT BY: John Scully

DEFENDANT BY: Peter Zeidenberg and Laura Zell, via videoconference

PROBATION BY: Maria Mahmoudi

Notes:

| | |
|---|---|
| 8:44 | Appearances; Court puts background of case on record, including continuation of prior hearing and of imposition of sentence pending sale of Defendant's home |
| 8:45 | Attorney Zeidenberg confirms that Defendant has sold his home and that Defendant has made a payment to the Government towards forfeiture |
| 8:46 | Court notes that Defendant is not present and discusses further background |
| 8:47 | Attorney Zeidenberg states that he has not received any communication from Defendant since yesterday morning and comments on Defendant's medical status |
| 8:48 | Government requests that Court issue a warrant for Defendant's arrest; states that it has received payment towards forfeiture from Defendant |
| 8:49 | Court directs that Clerk of Court issue a warrant for Defendant's arrest but will withhold filing of warrant until noon today; Defendant may contact counsel to arrange surrender |
| 8:51 | Parties have nothing further |
| 8:51 | Court recaps prior instructions |
| 8:51 | Court stands in recess |